# EXHIBIT D

**Theresa James** *Repeated.*

| | |
|---|---|
| From: | Theresa James [tjames2@corning-cc.edu] |
| Sent: | Tuesday, November 10, 2009 10:26 AM |
| To: | 'ballinger@corning-cc.edu' |
| Subject: | RE: curriculum development |

Hello Joan

After a lengthy discussion with you regarding the black belt curriculum development, I left with the understanding that money was not available for curriculum development. It is now my understanding that Penny Schoonmaker has been asked to development a curriculum for greenbelt and funding is now available. In fact it was Penny who is now questioning why is it we cannot pay her group for black belt development but we can for green belt.
Theresa

---

**From:** ballinger@corning-cc.edu [mailto:ballinger@corning-cc.edu]
**Sent:** Monday, November 09, 2009 5:53 PM
**To:** Theresa James
**Subject:** Re: RE:

Theresa-

Sorry, there wasn't one- it was sent by mistake.

Have a good evening.

Joan

----- Original Message -----
From: Theresa James <tjames2@corning-cc.edu>
Date: Monday, November 9, 2009 4:38 pm
Subject: RE:
To: ballinger@corning-cc.edu

> Cannot open attachment.
>
>
>
> From: ballinger@corning-cc.edu [mailto:ballinger@corning-cc.edu]
> Sent: Monday, November 09, 2009 4:01 PM
> To: tjames2@corning-cc.edu
> Subject:
>
>
>
>
>
>

1

**Theresa James**  ~~Rejected~~

Subject:        FW: Host Agency information for Senior Employment Program

---

**From:** Theresa James [mailto:tjames2@corning-cc.edu]
**Sent:** Tuesday, November 03, 2009 4:49 PM
**To:** 'ballinger@corning-cc.edu'
**Subject:** FW: Host Agency information for Senior Employment Program

Hello Joan

You once mentioned that it would be lovely to have a person greeting our BDC traffic as they enter the building. We can take advantage of the Senior program 55+ by having someone work 20 hours weekly and the wages will be paid by government funding. To be eligible for this funding, we must be a certified non-profit agency under section 501. Are we? If no, then perhaps Sheri may qualify. See below.

Theresa

---

**From:** Kelly Duby [mailto:dubyk@proactioninc.com]
**Sent:** Wednesday, October 28, 2009 4:16 PM
**To:** tjames2@corning-cc.edu
**Subject:** Host Agency information for Senior Employment Program

Hello Theresa,
   Thank you for meeting with me today. In order to be a HA you must be either be a Government agency or a certified non-profit agency under Section 501 (c)(3) of the United States Internal Revenue Code.

I hope you can clarify this with Tom Carr or whom ever. I think we can be creative with this if needed. Please let me know and we will get a HA agreement down to you and see if we can fill that Greeter position you were speaking of. I think that is a wonderful idea. We would be happy to help if we can.

sincerely,

1

## Theresa James

**From:** Theresa James [tjames2@corning-cc.edu]
**Sent:** Tuesday, November 03, 2009 4:49 PM
**To:** 'ballinger@corning-cc.edu'
**Subject:** FW: Host Agency information for Senior Employment Program

Hello Joan

You once mentioned that it would be lovely to have a person greeting our BDC traffic as they enter the building. We can take advantage of the Senior program 55+ by having someone work 20 hours weekly and the wages will be paid by government funding. To be eligible for this funding, we must a certified non-profit agency under section 501. Are we? If no, then perhaps Sheri may qualify. See below.

Theresa

---

**From:** Kelly Duby [mailto:dubyk@proactioninc.com]
**Sent:** Wednesday, October 28, 2009 4:16 PM
**To:** tjames2@corning-cc.edu
**Subject:** Host Agency information for Senior Employment Program

Hello Theresa,
   Thank you for meeting with me today. In order to be a HA you must be either be a Government agency or a certified non-profit agency under Section 501 (c)(3) of the United States Internal Revenue Code.

I hope you can clarify this with Tom Carr or whom ever. I think we can be creative with this if needed. Please let me know and we will get a HA agreement down to you and see if we can fill that Greeter position you were speaking of. I think that is a wonderful idea. We would be happy to help if we can.

sincerely,

*Kelly Duby*
*Senior Services Employment*
*Project Director*
*Pro Action of Steuben & Yates, Inc.*
*117 E. Steuben St.*
*Bath, NY 14810*
*ph: 607-776-2125 ext. 145*
*fax: 607-776-0336*

1

**Theresa James**

From: ballinger@corning-cc.edu
Sent: Wednesday, November 04, 2009 12:22 PM
To: Theresa James
Subject: Re: FW: Host Agency information for Senior Employment Program
Attachments: ballinger.vcf

Theresa-

The greeter concept I imagined was our Senior Typist who would welcome individuals to the BDC for activities sponsored by the Office of Workforce Development. Unfortunately, the layout of the building prevents having someone in the hallway to welcome everyone who enters and direct them to appropriate locations.

Do you think there is sufficient traffic to warrant using someone in this position at the BDC? Might there be an opportunity in the Corning Career Center?

Did you know Kelly Duby used to work for CCC?

Joan

----- Original Message -----
From: Theresa James <tjames2@corning-cc.edu>
Date: Tuesday, November 3, 2009 4:48 pm
Subject: FW: Host Agency information for Senior Employment Program
To: ballinger@corning-cc.edu

> Hello Joan
>
> You once mentioned that it would be lovely to have a person
> greeting our BDC traffic as they enter the building. We can take
> advantage of the Senior program 55+ by having someone work 20
> hours weekly and the wages will be paid by government funding. To
> be eligible for this funding, we must a certified non-profit
> agency under section 501. Are we? If no, then perhaps Sheri may
> qualify. See below.
>
> Theresa
>
>
>
>
>
> From: Kelly Duby [mailto:dubyk@proactioninc.com]
> Sent: Wednesday, October 28, 2009 4:16 PM
> To: tjames2@corning-cc.edu
> Subject: Host Agency information

1

Theresa James

*Reject*

| | |
|---|---|
| From: | Kelly Duby [dubyk@proactioninc.com] |
| Sent: | Wednesday, October 28, 2009 4:16 PM |
| To: | tjames2@corning-cc.edu |
| Subject: | Host Agency information for Senior Employment Program |

Hello Theresa,

Thank you for meeting with me today. In order to be a HA you must be either be a Government agency or a certified non-profit agency under Section 501 (c)(3) of the United States Internal Revenue Code.

I hope you can clarify this with Tom Carr or whom ever. I think we can be creative with this if needed. Please let me know and we will get a HA agreement down to you and see if we can fill that Greeter position you were speaking of. I think that is a wonderful idea. We would be happy to help if we can.

sincerely,


Kelly Duby
Senior Services Employment
Project Director
Pro Action of Steuben & Yates, Inc.
117 E. Steuben St.
Bath, NY 14810
ph: 607-776-2125 ext. 145
fax: 607-776-0336
dubyk@proactioninc.com

1

*Rejected.* (handwritten)

# New York State - Marcellus Shale Development Scenarios
## Proposed Plan of Work

September 22, 2009

---

**To:** Dana LaFever
Workforce Dev & Comm Education, Corning Community College
B113A - Business Development Center | 24 Denison Parkway, West Corning, NY 14830
607-937-6881 | lafever@corning-cc.edu

**From:** Jeffrey Jacquet, Consultant | Jacquet Research and Consulting
211 E. Court St. Ithaca NY 14850. | 607-351-9886. Jeffrey.jacquet@gmail.com

**Project Introduction:**
The Southern Tier of New York State holds great potential for workforce development opportunities related to Marcellus Shale Natural Gas extraction. Relevant training and education programs that are offered locally can ensure that new jobs created through Marcellus Shale related development will be adequately filled by local residents.

Corning Community College is currently evaluating the opportunities being offered by Marcellus Shale workforce demand and the need for the locally-offered relevant workforce and education programs. The first step of this evaluation to fulfilling this need is to analyze the potential for natural gas development in the Southern Tier of New York State and to estimate development scenarios so that the size and scope of future workforce training and education needs can be properly assessed.

**Work to be performed:**
The consultant shall analyze the development potential of Marcellus Shale Natural Gas Development in the Southern Tier of New York State and will produce a range of 5-year development scenarios reflecting this potential. The consultant will review a number of different variables and information sources when producing the scenarios, including but not limited to: 1) scope and trends of similar development occurring in Pennsylvania and other areas, 2) leasing activity, and histories, size, and composition of the lease holder companies, 3) known geological considerations, and 4) the status of and the regulations within the New York State Department of Environmental Conservation's Supplemental Generic Environmental Impact Statement.

1 | Page

**Theresa James**

*Rejected*

| | |
|---|---|
| From: | ballinger@corning-cc.edu |
| Sent: | Tuesday, October 13, 2009 12:51 PM |
| To: | Theresa James |
| Subject: | Re: FW: gas study |
| Attachments: | ballinger.vcf |

Theresa-

I reviewed this information and have a couple questions.......Since CCC is not a research institution and we have already met with individuals from the gas industry/DOL and SOS to propose screening tools for employment and to determine necessary training curriculum , why wouldn't Jamestown CCC use the NYSERDA funds to contract directly with the researcher who conducting this needs assessment for PA? Is the expectation that CCC would "pass the NYSERDA money through" by hiring the researcher as a consultant? If so, why wouldn't Jamestown CC develop the contract with the researcher versus CCC?

Though I believe this research and the document findings will have value for NYS, I believe our staff have already initiated contacts and action steps to propose support to the gas industry based on SOS recommendations and a recent meeting with the Academic and Workforce Development Center Advisory Board.

As I announced at the CSSWFNY Board meeting, several staff, including myself, recently met with individuals from SOS who outlined curriculum needs and recommended we contact Frontgate Community College to discuss their gas industry training curriculum. I believe we can customize a training proposal for the gas industry based on this information from FCC and SOS. A meeting is scheduled with CSSWFNY on October 2 to further discuss the potential.

I look forward to your response on this matter to clarify my questions.

Thanks,

Joan


----- Original Message -----
From: Theresa James <tjames2@corning-cc.edu>
Date: Thursday, October 1, 2009 5:10 pm
Subject: FW: gas study
To: "'Ballinger, Joan'" <ballinger@corning-cc.edu>

> Hello Joan
>
>
>
> Here is the latest on the NYSERDA funding.
>
>

1


*Rejected.*

# Workforce Development & Continuing Education
# Pennsylvania College of Technology

### Rider A

### General Specification

**I. Description**

The College will provide consulting services to assist Company in the extrapolation of the data collected in Part 1 of the NY study (by Jeffrey Jacquet) into the employment and job model developed and published by Marcellus Shale Education & Training Center (MSETC) at Pennsylvania College of Technology.

**II. Objectives**

To assist Company with the the publication of a workforce needs assessment related to the Marcellus shale natural gas play.

**III. Task List**

The MSETC shall transfer the data collected in Part 1 and extrapolate it in such a way that employment forecast and job opportunities related to Marcellus Shale gas exploration and drilling are broken out into job specific titles and numbers related to employment requirements to support the gas industry. The College will deliver a report that details the information and methodology used to arrive at the various scenarios. The report will include data utilized in the analysis (such as rate development activity in Pennsylvania), maps where applicable, and an overview of Marcellus Shale development history in New York and the larger region. The report will include an executive summary and will be written so that it can be included in a larger document that discusses workforce needs associated with the Marcellus Shale development.

**IV. Deliverables**

The College shall deliver the development scenarios as described above, as well as a report that details the information and methodology used to arrive at these scenarios. The report will include data utilized in the analysis (such as rate development activity in Pennsylvania), maps where applicable, and an overview of Marcellus Shale development history in New York and the larger region. The report will include an executive summary and will be written so that it can be included in a larger document that discusses workforce needs associated with the Marcellus Shale development. Specifically MSETC shall provide a completed electronic document suitable for printing containing the following pieces:

1. Format and incorporate the NY executive summary data into the final document
2. Provide an introductory data to the Natural Gas Industry Workforce
3. Provide Drilling Phase Jobs vs. Production Phase Jobs
4. Provide an understanding of the workforce model methodology
5. Work with Jeffrey Jacquet to incorporate his findings and survey methodologies into the report

6. Report and graph the NY Southern Tier geographical workforce needs from Jeffrey's data
7. Based on Jeffrey's projections of adjoining WIB geographical regions, provide a similar breakout of employment opportunities for each region.
8. For all regions, graphically report and forecast following Jeffrey's 5-year scenario model
9. Include in the report all necessary diagrams, charts and illustrations
10. Provide the necessary table of contents, appendices and table of figures

V. **Project Team**

Larry Michael, Executive Director, Workforce & Economic Development
Tracy Brundage, Managing Director, Workforce Development & Continuing Education
Jeffrey Lorson, Industrial Technology Specialist

VI. **Facilities, Equipment, Materials**

All facilities, equipment, and materials to be provided by College.

VII. **Constraints, Limitations, Conditions**

Actual start date will be determined after receipt of data from Part 1 of the overall initiative.

The College estimates a completion date for this contract to be 6-8 weeks following receipt of Part 1 data.

# Workforce Development & Continuing Education
## Pennsylvania College of Technology

### RIDER B

### BILLING AND PAYMENT

1. <u>Fee</u>:   $10,000.00

2. <u>Billing and Payment</u>:

    The College will invoice the Company 50% ($5,000) three weeks after receipt of statistical data from Jeffrey Jacquet, and the remaining 50% upon completion of the assessment.

# Pennsylvania College of Technology

## Workforce Development & Continuing Education

### Contract

This contract, made between Workforce Development & Continuing Education at Pennsylvania College of Technology, hereinafter referred to as the "College," and Corning Community College, hereinafter referred to as the "Company," defines all terms and conditions for the project: "New York Workforce Needs Assessment for the Marcellus Shale".

Contract Period:

The period of this contract shall be from December 1, 2009 to Mar 31, 2010.

Project Description:

A full Project Description identifying all activities and defining the responsibilities of the College and the Company is attached as Rider A. Rider A is hereby incorporated as an integral part of this contract.

Starting Date:

Project activity will begin at a date to be mutually agreed to by the College and the Company.

Progress Reports:

The College will provide the Company with progress reports as provided in the Project Description attached as Rider A.

Billing and Payment:

The Company shall pay the College for the services and reimburse the College for expenses in accordance with Rider B, attached hereto and made a part hereof.

Termination of Contract:

If, through any cause, either party to this contract shall fail to fulfill in timely or proper manner its obligations under this contract, the other party shall thereupon have the right to terminate this contract by giving written notice of such termination to the other party and specifying the effective date thereof, at least five days before the effective date of such termination.

Amendment:

Any addition or amendment to this contract must be in writing and executed by authorized agents of the College and the Company.

Acceptance:

This contract constitutes the entire agreement between the parties and supersedes any prior oral or written discussions, negotiations, or agreements. Signatures as provided below constitute acceptance of all terms and conditions as stated herein.

The Company agrees to indemnify and save harmless the College, its officers, agents and employees from and against any claim, demand, suit, damage, loss, and expense, including attorney's fees, arising out of the performance of the Project.

Witness:                              WORKFORCE DEVELOPMENT & CONTINUING
                                      EDUCATION

_____        By: _____    _____
    Witness                        Larry L. Michael              Date
                                   (For the College)


                                      Corning Community College

_____        By: _____    _____
    Witness                         (For the Company)            Date

# Workforce Development & Continuing Education
# Pennsylvania College of Technology

## Rider A

## General Specification

I. **Description**

The College will provide consulting services to assist Company in the extrapolation of the data collected in Part 1 of the NY study (by Jeffrey Jacquet) into the employment and job model developed and published by Marcellus Shale Education & Training Center (MSETC) at Pennsylvania College of Technology.

II. **Objectives**

To assist Company with the the publication of a workforce needs assessment related to the Marcellus shale natural gas play.

III. **Task List**

The MSETC shall transfer the data collected in Part 1 and extrapolate it in such a way that employment forecast and job opportunities related to Marcellus Shale gas exploration and drilling are broken out into job specific titles and numbers related to employment requirements to support the gas industry. The College will deliver a report that details the information and methodology used to arrive at the various scenarios. The report will include data utilized in the analysis (such as rate development activity in Pennsylvania), maps where applicable, and an overview of Marcellus Shale development history in New York and the larger region. The report will include an executive summary and will be written so that it can be included in a larger document that discusses workforce needs associated with the Marcellus Shale development.

IV. **Deliverables**

The College shall deliver the development scenarios as described above, as well as a report that details the information and methodology used to arrive at these scenarios. The report will include data utilized in the analysis (such as rate development activity in Pennsylvania), maps where applicable, and an overview of Marcellus Shale development history in New York and the larger region. The report will include an executive summary and will be written so that it can be included in a larger document that discusses workforce needs associated with the Marcellus Shale development. Specifically MSETC shall provide a completed electronic document suitable for printing containing the following pieces:
1. Format and incorporate the NY executive summary data into the final document
2. Provide an introductory data to the Natural Gas Industry Workforce
3. Provide Drilling Phase Jobs vs. Production Phase Jobs
4. Provide an understanding of the workforce model methodology
5. Work with Jeffrey Jacquet to incorporate his findings and survey methodologies into the report

# Workforce Development & Continuing Education
# Pennsylvania College of Technology

### RIDER B

### BILLING AND PAYMENT

1. <u>Fee</u>:   $10,000.00

2. <u>Billing and Payment</u>:

    The College will invoice the Company 50% ($5,000) three weeks after receipt of statistical data from Jeffrey Jacquet, and the remaining 50% upon completion of the assessment.