CORNING COMMUNITY COLLEGE

MEMORANDUM

To;      Dana LaFever

From:    Theresa James

Date:    October 5, 2009

Subject: Performance Issues

cc:      J. Ballinger, Executive Director of Workforce & Community Development

         Nannette Nicholson, Human Resource

         Theresa James, Director of Workforce & Development

You are advised that your current work performance is unsatisfactory in several areas, as outlined below and this a corrective work plan to

**Insubordination in the workplace**

**Statement 1**

Brenda English, 2008/09 supervisor stated in your evaluation the following:

Inconsistent Independent Consultant Pay-Ongoing discussions occurred with Dana in regards to switching pay rates for independent consultants as evidenced by the contract with Howell Packaging and company and to make it worth the consultant's time. Dana also promised independent contractor mileage to a training which is not within the IRS standards (ex. Mike McDonald and Ingersoll Rand contract). Independent consultants do not get travel reimbursement only adjunct. Resolution to the problem was the development of a 2008-2009 consultant fee rate schedule that could not be modified without permission of the Director.

Brenda English, 2008/09 supervisor stated in your evaluation the following:

**Statement 2**

Leadership Steuben-Dana and the Chamber of Commerce President opted to lower course fees for three individuals to $600 with the hope that "Scholarship" monies could be found. Others in the class were charged $800. This discrepancy got out into the community and Dr. Amann was

- You will maintain a professional manner for all outside meetings and external contacts and are expected wear a jacket and tie when representing the College in the business community. There will be zero tolerance for negative comments made in public concerning the WFD Department or the College.

- You will improve your marketing skills by attending a marketing seminar/workshop and you will be expected to utilize the skills you gain for all future presentations of WFD products. Workshop and date will be decided at a later time
- You will learn to register students using Banner January 31, 2010

- You will familiarize yourself with CCC room rental/video conference polices November 31, 2009

- You will learn to input the BDC event calendar onto the master schedule December 31, 2009

The anticipated time frame for improvement will be 90 days, during which I will meet with you weekly to review your progress and provide any assistance I can to help you complete this performance improvement plan successfully. Interactions with both internal and external contacts will be monitored. At the end of 90 days, one of three determinations will be made:

- You have brought your performance up to an acceptable level so that there is no reason to continue with the plan, as long as you maintain acceptable performance.
- Although some progress has been made, it is not sufficient to justify the discontinuance of the plan. Your performance will continue to be monitored over an additional period to be determined.
- Your employment will be not be continued due to lack of sufficient progress.

I hope you will make every effort to achieve and maintain acceptable performance. I will do whatever I can to assist you in this.

My signature below indicates that this memorandum has been discussed with me and that I have received a copy of it for my future reference. I understand that a copy of this memorandum will be placed in my personnel file.

_____    _____
Dana Lafever                                              Date

**Theresa James**    *Rejected conv*

From: Dana LaFever [lafever@corning-cc.edu]
Sent: Thursday, October 01, 2009 1:33 PM
To: 'Theresa James'
Subject: gas study
Attachments: CCC Scope of Work.docx

Brief overview of the gas study and funding pieces - THIS IS NOT A COMPLETE & COMPREHENSIVE REPORT suitable for critique or public distribution.

Funding:
NYSERDA agreement 9485 (roughly $12.500)
Mike Hogan with the IOGANY board approved spending "up to additional $5000.00" to complete NY job needs study. NYSERDA grant monies originally allocated to Jamestown CC remainder of which is being redirected to fund NY study. John Martin at NYSERDA administrator of said grant and Jamestown are all in solid agreement and confirmed by emails and phone conferences.

Proposal summary: 1
Jeffrey Jacquet (see attached) the primary researcher in the PA project for $5000 will pull together the NY research as laid out in his proposal. In essence – Jeffrey's research would then be extrapolated into the model developed at Penn Tech to produce accurate numbers for NY gas industry and related jobs to the coming exploration and drilling.

Based on current Pennsylvania activity, leasing activity, and industry statements, there is an emerging consensus that the Steuben-Chemung-Tioga-Broome County region of the Southern Tier represents the greatest immediate potential for Marcellus Shale development in New York State. While our analysis will include development potential for all Marcellus Shale areas in New York State, it is likely that there will be a natural focus on the aforementioned region. A full county-by-county breakdown of well development is not intended for this study, but the study will discuss which counties are within and outside the Marcellus Shale region, and the overall potential prospects for development within each county based on a number of factors, including
1) scope and trends of similar development occurring in Pennsylvania and other areas,
2) leasing activity, and histories, size, and composition of the lease holder companies,
3) known geological considerations,
4) the status of and the regulations within the New York State Department of Environmental Conservation's Supplemental Generic Environmental Impact Statement.

Proposal summary: 2  (I DO NOT have the final proposal yet)
We opted to work with the Pennsylvania College of Technology primarily to avoid duplications and copyright infringements with the work and model they put together in the PA study. Director Larry Michaels is formalizing a proposal as we speak. The part of the project specifically details the extrapolation of the data collected in Part 1 into the employment and job model developed and published by Marcellus Shale Education & Training Center (MSETC) at Pennsylvania College of Technology. The MSETC shall transfer the data collected by Jeffry Jacquet and extrapolate it out in such a way that employment forecast and job opportunities related to Marcellus Shale gas exploration and drilling are broken out into job specific titles and numbers related to employment requirements to support the gas industry.

Generally - MSETC shall provide a completed electronic document suitable for printing containing the following pieces:
1. Format and incorporate the NY executive summary data into the final document
2. Provide an introductory data to the Natural Gas Industry Workforce
3. Provide Drilling Phase Jobs vs. Production Phase Jobs
4. Provide an understanding of the workforce model methodology
5. Work with Jeffrey Jacquet to incorporate his findings and survey methodologies into the report
6. Report and graph the NY Southern Tier geographical workforce needs from Jeffrey's data

1

Office of Workforce Development and Community Education
Report to the External Affairs Committee
November 30, 2009
Compiled by Joan Ballinger

- CSS Workforce New York, in collaboration with regional education and training providers, were ranked fourth in New York State in adult training. Our region, via the CSS WFNY Career Centers, served an unduplicated 15,500 adults and dislocated workers. CSSWFNY surpassed the 2008 performance benchmark of 970 adults by training 1,489 adults for the period July 1, 2008, to June 30, 2009. In addition, there were 200 youth served, with 166 of those being out of school youth.

- The Office of Institutional Research reported in the SUNY 2008 Non-Credit Instructional Activities Survey for Corning Community College that 35,209 contact hours were provided in non-credit business and industry training. Courses were offered through the Office of Workforce Development and Community Education with a total of 1,003 student registrations. The highest demand subjects were general business, office administration, computer training, professional development, and corporate training.

- Joan Ballinger participated in a panel discussion on *Issues in Leadership* at the Chemung County Leadership Program held at the Chemung County Chamber of Commerce on November 12.

- Joan Ballinger and Jeanne Eschbach attended a CSS Workforce New York "Rapid Response" planning meeting at the Hornell Chamber of Commerce on November 16. During the planning meeting, strategies were developed to meet the needs of the 502 pending dislocated workers at Alstom due to the company downsizing its workforce. It was determined that Services and training opportunities will be provided at the Hornell Depot to meet the needs of the dislocated workers.

- Brenda English met with Andrea Rubin and the Associate Deans to discuss opportunities to enhance support to the faculty and students at the Academic and Workforce Development Center.

- The Small Business Development Center served 11 new clients and created 1 job. Clients received $5,000 during the month of November.

- The Office of Continuing Education survey was administered during the first two weeks of November and feedback will be used to develop programming and services for evening and weekend students.

**Training, Seminars, Skill Assessments**

- Sherri Arnold participated in a SCOPED Business Planning Seminar on October 1. She shared legal requirements to start a business in New York State and what is required in a business plan. Ms. Arnold taught basics in business planning to 21 students at Haverling High School on November 10.

- Scott Bloor spoke to 60 students via the East/West High School Leadership Council at an all day event held on November 6.

1

- The Office of Workforce Development offered *Introduction to SolidWorks, Advanced SolidWorks - Weldments,* and *Advanced SolidWorks - Sheetmetal* during the month of October. They also offered Medical Administrative Assistant Program from 10/27/09 – 12/15/09. [*Reject*]

- CCC staff (Ballinger, English, and Madden) met with Dan Porter, Executive Director for CSS Workforce New York, on October 26, 2009, to discuss a pilot non-credit training program for the Natural Gas industry. The Equipment Operator Training Program will be offered in January, 2010, with CSS Workforce NY earmarking up to $20,000 to off-set course fees.

- A new non-credit course titled *HIPAA: The Do's and Don'ts of the Privacy Act* was held at the Elmira Center on November 5, 2009. Eighteen individuals, representing local doctor and dentist offices, participated in the training with 98.3% of the individuals rating the course good to excellent. Adjunct, Denis Sweeney presented the class.

- A second round of WorkKeys Assessment for the Chemung County Civil Service Commission was held on Saturday, November 14, 2009, at the Academic and Workforce Development Center. Eighty individuals are eligible to take the Social Welfare Examiner position.

- CCC has contracted with the Job Service Employer Committee (JSEG) to hold training for area businesses on business communication and e-mail etiquette. "Read Before You Send", was held at the Elmira County Club on November 19, 2009, from 8:30-10:30 AM.

- A Lean Not-For-Profit presentation will be held on December 2, 2009, at the Academic and Workforce Development Center to kick off implementing Six Sigma/Lean initiatives in the Not-for-Profit sector. Fifty CEO's and their finance managers have been invited to participate. Additional presentations targeting Banking and Healthcare are being scheduled for January.

- The Office of Continuing Education developed a new non-credit course titled *Job Search in the 21st Century,* targeted to meet the needs of dislocated workers. The course will be offered in January 2010.

- A proposal has been presented to Pathways, Inc. (James/Lafever) to deliver four leadership and supervisory modules to begin in December 2009 and conclude in January 2010.

- The Office of Workforce Development staff (James, Lafever) developed a new program to serve Human Resources professionals and it will be piloted in December 2009. Topics will address current Human Resource concerns, legalities, and changes. Participants will have an opportunity to network with other professionals and learn how to better protect their respective company with the HR "Breakfast Club Series." The pilot session provides an overview of the discrimination law and employer liability relating to the 2009 Fair Pay Act.

- A total of 44 Chemung County Department of Social Services employees attended computer training during the month of October and through mid-November.

2

**Theresa James**          *Rejected*

From: ballinger@corning-cc.edu
Sent: Tuesday, August 18, 2009 3:15 PM
To: theresa james
Subject: Re: FW: NYSERDA
Attachments: ballinger.vcf

Theresa-

I think we need a staff meeting to discuss this before CCC makes any commitment.

Thanks,

Joan

----- Original Message -----
From: theresa james <tjames2@corning-cc.edu>
Date: Tuesday, August 18, 2009 11:30 am
Subject: FW: NYSERDA
To: ballinger@corning-cc.edu

> F.Y.I to keep you in the loop. This is the lateness we have in
> securingfunding for the Marcellus Shale research project for New
> York. This is
> required for us to securing workforce training dollars from CSS.
>
>
>
> From: Zagora, Marilyn [mailto:MarilynZagora@mail.sunyjcc.edu]
> Sent: Monday, August 17, 2009 9:19 PM
> To: Dana LaFever
> Cc: centrain@stny.rr.com; theresa james; Schrader, Jean
> Subject: RE: NYSERDA
>
>
>
> Dana,
>
>
>
> Thanks very much for the detailed response. You've outlined most
> of the
> important information I think we needed, and I'd like to take a
> day or two
> to review with a few in

1

**Theresa James**　　　　　　　　　　　　　　*No response*

| | |
|---|---|
| From: | Dana LaFever [lafever@corning-cc.edu] |
| Sent: | Wednesday, November 18, 2009 4:41 PM |
| To: | garrisbb@corning-cc.edu |
| Cc: | 'Theresa James' |
| Subject: | Question: |

Hi Barry,

Earlier this year Theresa was searching for a solution for me to accommodate outlook training. We had an initiative or at least a goal to pursue in helping organizations go green – paperless. We saw outlook training as a key almost critical component of that initiative.

I do not believe a solution came from that inquire and so if you don't mind, I'd like to revisit and ask your thoughts. I have an organization that has expressed interest in outlook training and I am meeting with them tomorrow for lunch. I would like to feel in my mind that there is always a way, always a solution, but I do not have that sense going into the meeting. Outlook training would require full capabilities of the software in our lab including calendaring. Do we opt out of outlook training or is there solution? Thank you and I apologize in advance if I should not be asking you this question, or if you could forward to Bruce or whomever might have the definitive final answer on this.

Dana LaFever
Corning Community College
Workforce Development
(607) 937-6881

1